ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Z-Corp Design-Build ) ASBCA Nos. 58084, 58942
)
Under Contract No. N40085-05-D-5036 )

APPEARANCE FOR THE APPELLANT: Fred A. Mendicino, Esq.
Faughnan Mendicino, PLLC
Dulles, VA

APPEARANCES FOR THE GOVERNMENT: Ronald J. Borro, Esq.
Navy Chief Trial Attorney
Henry D. Karp, Esq.
Genifer M. Tarkowski, Esq.
Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 24 November 2014

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed
Services Board of Contract Appeals in ASBCA Nos. 58084, 58942, Appeals of Z-Corp
Design-Build, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals